UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Creative Promotions International, LLC,

Plaintiff,

v.

Realtree Outdoor Products, Inc., Realtree Real Estate Management, Inc., Team Realtree Racing, Inc., William R. Jordan, Jordan Outdoor Enterprises, Ltd, Spartan-Realtree Products, Inc., and Advantage Camouflage, Inc.,

Defendants.

Civil File No. 00-1041 (JRT/FLN)

**STIPULATION AND ORDER**

**WHEREAS** Plaintiff commenced this action by filing its Complaint on April 24, 2000; and

**WHEREAS** the parties have in good faith negotiated towards settlement of the matter since April 24, 2000; and

**WHEREAS** the parties have not yet reached agreement; and

**WHEREAS** the parties agree that the just, speedy, and inexpensive determination of the matter is best accomplished by extending the 120 days within which a Summons must be served pursuant to Fed. R. Civ. P. 4(m); and

**WHEREAS** this Court has express authority under the Federal Rules of Civil Procedure to modify the period set forth in Fed. R. Civ. P. 4(m),

**IT IS HEREBY STIPULATED** and agreed between the parties, through their respective undersigned counsel, that the Court may enter an Order extending the period for service of the Complaint in this matter until November 24, 2000.

FILED ____________
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

**RIDER, BENNETT, EGAN & ARUNDEL, LLP**

By ________________________
John B. Lunseth II (65341)
Gerald E. Helget (155184)
Marc A. Al (247923)
Attorneys for Plaintiff
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7926 / (612) 340-8933 / (612) 340-8947

DATED: ________________, 2000

**SUTHERLAND, ASBILL & BRENNAN**

By ________________________
Daniel J. Warren
Attorneys for Defendants
999 Peachtree St. NE
Atlanta, GA 30309
(404) 853-8028

DATED: ________________, 2000

**IT IS SO ORDERED.**

**BY THE COURT**

________________________
Franklin L. Noel
Chief United States Magistrate Judge

DATED: ____________________, 2000

**RIDER, BENNETT, EGAN & ARUNDEL, LLP**

By________________________________

John B. Lunseth II (65341)
Gerald E. Helget (155184)
Marc A. Al (247923)

Attorneys for Plaintiff
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7926 / (612) 340-8933 / (612) 340-8947

DATED: Sept 6, 2000

**SUTHERLAND, ASBILL & BRENNAN**

By________________________________

Daniel J. Warren

Attorneys for Defendants
999 Peachtree St. NE
Atlanta, GA 30309
(404) 853-8028

**IT IS SO ORDERED.**

**BY THE COURT**

________________________________

Franklin L. Noel
Chief United States Magistrate Judge

::ODMA\PCDOCS\RIDER\565612\1