UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Creative Promotions International, LLC,

Plaintiff,

v.

Realtree Outdoor Products, Inc., Realtree Real Estate Management, Inc., Team Realtree Racing, Inc., William R. Jordan, Jordan Outdoor Enterprises, Ltd, Spartan-Realtree Products, Inc., and Advantage Camouflage, Inc.,

Defendants.

Civil File No. 00-1041 (JRT/FLN)

**STIPULATION AND ORDER DISMISSING DEFENDANTS REALTREE OUTDOOR PRODUCTS, INC., REALTREE REAL ESTATE MANAGEMENT, INC., SPARTAN-REALTREE PRODUCTS, INC. AND ADVANTAGE CAMOUFLAGE, INC. WITHOUT PREJUDICE**

**WHEREAS,** Plaintiff commenced the above-captioned declaratory judgment action seeking a determination it has not infringed registered copyright VA-626-154; and

**WHEREAS,** Plaintiff possessed conflicting information concerning which individuals or entities possessed an interest in copyright VA-626-154; and

**WHEREAS,** to protect its interests Plaintiff named all of the above-captioned defendants, and

**WHEREAS,** Defendants Spartan - Realtree Products, Inc., Advantage Camouflage, Inc. and Defendants Realtree Outdoor Products, Inc. have represented and contended that they are no longer viable entities and have no continuing interest of any kind in the VA-626-154 copyright and have brought a motion to dismiss on this basis; and

**WHEREAS,** Defendant Jordan Outdoor Enterprises, Ltd. has represented and contended that it is the successor in interest to the intellectual property rights of Defendants Spartan - Realtree

FILED JAN 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Products, Inc., Advantage Camouflage, Inc. and Defendants Realtree Outdoor Products, Inc., including the VA-626-154 copyright; and

**WHEREAS,** Defendants Realtree Real Estate Management, Inc. and Team Realtree Racing have represented and contended that they have at no time had any interest of any kind in the VA-626-154 copyright;

**WHEREAS,** the parties hereto wish to avoid needless and unnecessary litigation;

The parties hereto have stipulated and agreed as follows:

1. Defendants Spartan - Realtree Products, Inc., Advantage Camouflage, Inc., Realtree Outdoor Products, Inc., Realtree Real Estate Management, Inc. and Team Realtree Racing hereby represent that they have no continuing interest, whether as owner, licensee, assignee, or otherwise in the VA-626-154 copyright.

2. Defendants Spartan - Realtree Products, Inc., Advantage Camouflage, Inc., Realtree Outdoor Products, Inc., Realtree Real Estate Management, Inc. and Team Realtree Racing stipulate and agree to be bound by any decision, determination, declaration or holding of this Court to the same effect as if they remained a proper party hereto.

3. Defendants Jordan Outdoor Enterprises, Ltd., Spartan - Realtree Products, Inc., Advantage Camouflage, Inc., Realtree Outdoor Products, Inc., Realtree Real Estate Management, Inc. and Team Realtree Racing stipulate and agree to treat all discovery requests served by Plaintiff on Defendant Jordan Outdoor Enterprises, Ltd. ("JOEL Defendants") as if they were directed to all the JOEL Defendants and to voluntarily provide all responsive, nonprivileged, discoverable information and documents in their possession or under their control to Plaintiff.

4. Plaintiff Creative Promotions International, LLC, stipulates and agrees to, and does hereby, dismiss all claims against Defendants Spartan - Realtree Products, Inc., Advantage Camouflage, Inc., Realtree Outdoor Products, Inc., Realtree Real Estate Management, Inc. and Team Realtree Racing in the above-captioned matter without prejudice and without costs or disbursements to any of the parties.

RIDER, BENNETT, EGAN & ARUNDEL

[signature]

John B. Lunseth II (MN # 65341)
Gerald E. Helget (MN # 155184)
Michael M. Lafeber (MN # 242871)
Rider, Bennett, Egan & Arundel, LLP
Attorneys for Plaintiff Creative Promotions International, LLC
Suite 2000, Metropolitan Centre
333 South Seventh Street
(612) 340-7926

DATED: 12/19, 2000.

DORSEY & WHITNEY LLP

Elizabeth C Buckingham

Elizabeth C. Buckingham (MN # 243,152)
Sri K. Sankaran (MN # 204,304)
Attorneys for all Defendants
Pillsbury Center South
220 South 6th Street, Suite 1700
Minneapolis, MN 55402
(612) 340-2600

DATED: December 21, 2000

SUTHERLAND, ASBILL & BRENNAN

[signature]

Daniel J. Warren (GA # 738,240)
Attorneys for all Defendants
999 Peachtree Street NE
Atlanta, GA 30309
(404) 853-8028

DATED: December 26, 2000

**ORDER**

Pursuant to the above Stipulation between parties , **IT IS HEREBY ORDERED THAT:**

1. All claims against Defendants Spartan - Realtree Products, Inc., Advantage Camouflage, Inc., Realtree Outdoor Products, Inc., Realtree Real Estate Management, Inc. and Team Realtree Racing in the above-captioned are hereby DISMISSED without prejudice and without costs or disbursements to any of the parties.

2. Defendants' Spartan - Realtree Products, Inc., Advantage Camouflage, Inc., and Realtree Outdoor Products, Inc.'s Motion to Dismiss is hereby DISMISSED without prejudice as moot.

1-2-2001

United States District Court Judge