UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Creative Promotions International, LLC,

Plaintiff,

v.

William R. Jordan, Jordan Outdoor Enterprises, Ltd,

Defendants.

Civil File No. 00-1041(JRT/FLN)

STIPULATION AND ORDER TO EXTEND INITIAL EXPERT DISCLOSURE DEADLINE

IT IS HEREBY STIPULATED and agreed between the parties, through their respective counsel, that the Court may enter an Order permitting an extension of the initial expert disclosure deadline to July 2, 2001.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
John B. Lunseth II ((MN # 65341)
Rachna B. Sullivan (272565)
Attorneys for Plaintiff
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7926/340-7999

DATED: June 1, 2001

DORSEY & WHITNEY, LLP

By Elizabeth Buckingham
Elizabeth Buckingham (243182)
Sri Sankaran (204304)
Attorneys for Defendants
Pillsbury Center South
220 South 6th Street- Suite 1700
Minneapolis, MN 55402
(612)340-2600/340-2868

DATED: June 1, 2001

FILED JUN 1 2001
FRANCIS E. DOSAL, CLERK
JUDGEMENT ENT'D
DEPUTY CLERK

SUTHERLAND ASBILL BRENNAN LLP

By Carrie A. Hanlon by ECB
Daniel J. Warren (Georgia Bar No. 738240)
Carrie A. Hanlon (Georgia Bar No. 289725)
Attorneys for Defendants
999 Peachtree Street, N.E.
Atlanta, GA 30309-3996
(404) 853-8000

DATED: June 1, 2001

**IT IS SO ORDERED.**

**BY THE COURT**

Franklin L. Noel
Chief Magistrate Judge