UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| CREATIVE PROMOTIONS INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>REALTREE OUTDOOR PRODUCTS, INC., REALTREE REAL ESTATE MANAGEMENT, INC., TEAM REALTREE RACING, INC., WILLIAM R. JORDAN JORDAN OUTDOOR ENTERPRISES, LTD, SPARTAN REALTREE PRODUCTS, INC., AND ADVANTAGE CAMOUFLAGE, INC.<br><br>Defendants. | ) | Civil Action File No. 00-~~104~~/JRT/FLN 1041 |

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based on the foregoing stipulation of the parties through their counsel, and based on all the files, records and proceedings herein, the Court being fully advised, IT IS HEREBY ORDERED THAT:

1. All pending claims and counterclaims in this action are dismissed with prejudice, and with each party to bear its own costs and attorneys fees.

IT IS SO ORDERED.

Dated: Nov 28, 2001

[signature]
The Honorable John R. Tunheim
United States District Judge

FILED NOV 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| CREATIVE PROMOTIONS INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>REALTREE OUTDOOR PRODUCTS, INC., REALTREE REAL ESTATE MANAGEMENT, INC., TEAM REALTREE RACING, INC., WILLIAM R. JORDAN JORDAN OUTDOOR ENTERPRISES, LTD, SPARTAN REALTREE PRODUCTS, INC., AND ADVANTAGE CAMOUFLAGE, INC.<br><br>Defendants. | ) | Civil Action File No. 00-104/JRT/FLN |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), the parties, through their undersigned counsel stipulate and agree that the Court may and should enter the following Order that all pending claims and counterclaims in this action are dismissed with prejudice, and with each party to bear its own costs and attorneys fees.

Dated: 11/26, 2001

By: 
John B. Lunseth II
Rider Bennett Egan & Arundel
333 South 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-7926

Attorneys for Plaintiff

Dated: 11/26, 2001

By: 
Sri K. Sankaran
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Daniel J. Warren (pro hac vice)
Carrie A. Hanlon (pro hac vice)
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309

Attorneys for Defendants